## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Alfonzo Cazares | FILED STAMP: JULY 30, 2008 |
| | 08CV4307 |
| v. | JUDGE COAR |
| Officer L. Garcia, Star #16093, et. al. | MAG. JUDGE MASON |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR: J. N.

Alfonzo Cazares

| |
|---|
| NAME (Type or print) <br> Thomas Peters |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Thomas Peters |
| FIRM |
| STREET ADDRESS <br> 407 S. Dearborn St., Suite 1675 |
| CITY/STATE/ZIP <br> Chicago, IL 60605 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 02183587 | TELEPHONE NUMBER <br> (312) 697-0022 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐         APPOINTED COUNSEL ☐