## United States District Court for the Northern District of Illinois

Case Number: 08cv4307                    Assigned/Issued By: j. n.

Judge Name: coar                          Designated Magistrate Judge: mason

---

### FEE INFORMATION

*Amount Due:*   [✓] $350.00      [ ] $39.00       [ ] $5.00

              [ ] IFP          [ ] No Fee       [ ] Other _____

              [ ] $455.00

Number of Service Copies _____        Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350_____             Receipt #: 2978089_____

Date Payment Rec'd: 7-30-08_____          Fiscal Clerk: j. n._____

---

### ISSUANCES

[✓] Summons                              [ ] Alias Summons

[ ] Third Party Summons                  [ ] Lis Pendens

[ ] Non Wage Garnishment Summons         [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons   _____

[ ] Citation to Discover Assets          (Victim, Against and $ Amount)

[ ] Writ _____
         (Type of Writ)

3____ Original and 0_____ copies on 7-30-08_____ as to all defendants_____
                                       (Date)

_____

_____

C:\wpwin80\docket\feeinfo.frm     03/14/05